NOVEMBER 10, 1971

No. 71–124. GULF SHORES LEASING CORP. *v.* AVIS RENT-A-CAR SYSTEM, INC. C. A. 5th Cir. Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court.

No. 71–205. BERMAN *v.* FROEHLKE, SECRETARY OF THE ARMY, ET AL. C. A. 9th Cir. Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court.

NOVEMBER 16, 1971

No. 70–5249. VAN GELDERN *v.* CALIFORNIA ADULT AUTHORITY. Appeal from Sup. Ct. Cal. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 70–5428. SOWDER *v.* CITY OF CINCINNATI. Appeal from Sup. Ct. Ohio dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 71–5280. PERRY *v.* TEXAS. Appeal from Ct. Crim. App. Tex. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that probable jurisdiction should be noted and case set for oral argument.

No. 71–5282. DUNDON *v.* JESMER. Appeal from Ct. App. N. Y. dismissed for want of substantial federal question.